ACCEPTED
14-10-00708-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/2/2015 12:44:38 PM
CHRISTOPHER PRIN
CLERK

# No. 14-10-00708-CV

_____

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT
OF TEXAS AT HOUSTON

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

2/2/2015 12:44:38 PM

CHRISTOPHER A. PRINE
Clerk

*Port of Houston Authority of Harris County, Texas,*
Appellant and Cross-Appellee,

*v.*

*Zachry Construction Corporation,*
Appellee and Cross-Appellant.

_____

On appeal from the 151st District Court
of Harris County, Texas
Trial Court Cause No. 2006-72970

_____

### THE PORT AND ZACHRY'S AGREED MOTION
### TO MODIFY THE BRIEFING SCHEDULE

TO THE FOURTEENTH COURT OF APPEALS:

The Port of Houston Authority (the "Port") and Zachry Construction Corporation ("Zachry") jointly move the Court to modify the briefing schedule set by the Court's order of January 27, 2015 and jointly ask the Court to adopt the agreed briefing schedule set out herein. The Port and Zachry would respectfully show the Court as follows:

1.      On October 20, 2011, this appeal was argued before a panel of Justices Boyce, Christopher, and McCally.

1

2. The case then went to the Supreme Court, where on August 29, 2014, the Supreme Court issued its decision, and the Court denied the Port's motion for rehearing on December 19, 2014.

3. On January 27, 2015, the Court ordered a briefing schedule on remand. The Port and Zachry, by this motion, ask the Court to adopt the agreed briefing schedule set out herein instead of the briefing schedule in the Court's order of January 27, 2015. As good cause for this change, the Port and Zachry would show the Court as follows:

    a.    The schedule set out in the Court's order required Zachry to file its supplemental brief of appellee on March 30, 2015, when Zachry's appellate counsel has a long-planned spring break trip with her family from March 14-20, 2015.

    b.    Appellate counsel for the Port is also counsel for the Texas Railroad Commission concerning the attempts to overturn the City of Denton's anti-fracing statute, and the agreed scheduling order in that case calls for dispositive motions to be filed on March 2, 2015. Therefore, the March 13 date for the Port's supplemental brief of appellant is problematic for the Port's counsel.

c. If the Court will adopt the briefing schedule, which is agreed to by Zachry and the Port, the parties represent to the Court that they will ask for no further extensions of time on briefing.

4. Zachry and the Port have agreed to request that the Court adopt the following agreed briefing schedule.

a. Port's supplemental brief of appellant (15,000 words) to be filed April 13, 2015;

b. Zachry's supplemental brief of appellee (15,000 words) to be filed June 12, 2015; and

c. Port's supplemental reply brief (7,500 words) to be filed July 13, 2015. Oral argument will be scheduled after all briefing is received.

## **PRAYER**

For the foregoing reasons, the Port and Zachry respectfully ask the Court to grant this motion, adopt the agreed briefing schedule set out herein, and grant the parties all other relief to which they are entitled.

Respectfully submitted,

/s/ Marie R. Yeates

David H. Brown
State Bar No. 03109200
BROWN & KORNEGAY LLP
2777 Allen Parkway, Suite 977
Houston, Texas 77019
Phone:  713.528.3703
Fax:  713.528.3701
Email: dbrown@bkllp.com

Karen L.T. White
State Bar No. 20274500
KAREN L.T. WHITE, P.C.
1415 S. Voss, Suite 110-539
Houston, Texas 77057
Phone: 832.646.4667
Email: karen@kltwpc.com

Lawrence J. Fossi
State Bar No. 07280650
FOSSI & JEWELL LLP
4203 Yoakum Blvd., Suite 100
Houston, Texas 77006
Phone: 713.529.4000
Fax: 713.529.4094
Email: lfossi@fossijewell.com

Marie R. Yeates
State Bar No. 22150700
Catherine B. Smith
State Bar No. 03319970
Michael A. Heidler
State Bar No. 24059921
VINSON & ELKINS L.L.P.
1001 Fannin St.
Houston, Texas 77002
Phone: 713.758.4576
Fax: 713.615.5544
Email: myeates@velaw.com

David E. Keltner
State Bar No. 11249500
201 Main Street, Suite 2500
Fort Worth, Texas  76102
Phone:  817.878.3560
Fax:  817.878.9760
Email: david.keltner@kellyhart.com

Bill Sims
State Bar No. 18429500
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Phone: 214.220.7703
Fax: 214.999.7703
Email: bsims@velaw.com

ATTORNEYS FOR APPELLANT
THE PORT OF HOUSTON
AUTHORITY
OF HARRIS COUNTY, TEXAS

/s/ Robin C. Gibbs

**REYNOLDS, FRIZZELL, BLACK, DOYLE, ALLEN & OLDHAM, LLP**
Brandon T. Allen
State Bar No. 24009353
ballen@reynoldsfrizzell.com
1100 Louisiana, Suite 3500
Houston, Texas 77002
Phone: (713) 485-7200
Fax: (713) 485-7520

**ALEXANDER DUBOSE & TOWNSEND LLP**
Douglas W. Alexander
State Bar No. 00992350
dalexander@adtappellate.com
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Phone: (512) 482-9301
Fax: (512) 482-9303

**GIBBS & BRUNS, L.L.P.**
Robin C. Gibbs
State Bar No. 0785300
rgibbs@gibbsbruns.com
Jennifer Horan Greer
State Bar No. 00785611
jgreer@gibbsbruns.com
Sydney G. Ballesteros
State Bar No. 24036180
sballesteros@gibbsbruns.com
Michael R. Absmeier
State Bar No. 24050195
mabsmeier@gibbsbruns.com
Amanda B. Nathan
State Bar No. 00784662
anathan@gibbsbruns.com
1100 Louisiana, Suite 5300
Houston, Texas 77002
Phone: (713) 650-8805
Fax: (713) 750-0903

ATTORNEYS FOR APPELLEE, ZACHRY CONSTRUCTION CORPORATION

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of February 2015, a true and correct copy of the foregoing instrument was served by e-service on the following counsel for Zachry Construction Corporation.


Robin C. Gibbs
Gibbs & Bruns, L.L.P.
1100 Louisiana, Suite 5300
Houston, Texas 77002

Brandon T. Allen
Reynolds, Frizzell, Black, Doyle,
Allen & Oldham L.L.P.
1100 Louisiana, Suite 3500
Houston, Texas  77002

/s/ Marie R. Yeates
Marie R. Yeates

## CERTIFICATE OF CONFERENCE

Appellee Zachry Construction Corp. agrees to the relief requested by this motion.

/s/ Marie R. Yeates
Marie R. Yeates